

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-88,707-01

### EX PARTE CYNTHIA STEWART, Applicant

## ON APPLICATION FOR WRIT OF HABEAS CORPUS
## CAUSE NO. 2012-CR-2106-W-W1 IN THE 399TH DISTRICT COURT
## FROM BEXAR COUNTY

**YEARY, J., filed a dissenting opinion.**

## DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789, 800-805 (Tex. Crim. App. 2015) (Yeary, J., dissenting).

FILED:      September 12, 2018
DO NOT PUBLISH